IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV110

| | |
|---|---|
| RICHARD E. ABBOTT,<br>　　　　　Plaintiff,<br>　　v.<br><br>DUKE ENERGY HEALTH &<br>WELFARE BENEFIT PLAN, and<br>FISERV HEALTH PLAN<br>ADMINISTRATORS, INC., f/d/b/a<br>WAUSAU BENEFITS, INC.,<br>　　　　　Defendants. | **ORDER GRANTING**<br>**ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of Defendant FISERVE to allow **Jeffrey Eyres** to appear *Pro Hac Vice*, dated April 30, 2007 [doc. # 12].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Eyres has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: May 1, 2007

Graham C. Mullen
United States District Judge