IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07 CV 110 - GCM**

| | ) | |
|---|---|---|
| RICHARD E. ABBOTT, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| DUKE ENERGY HEALTH & WELFARE | ) | |
| BENEFIT PLAN and FISERV HEALTH | ) | |
| PLAN ADMINISTRATORS, INC. f/d/b/a | ) | |
| WAUSAU BENEFITS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER is before the court on its own motion. The Parties have filed their Certification and Report of Initial Attorneys' Conference [doc. 21]. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Wednesday, August 29, 2007, at 10:15 a.m.**.

IT IS SO ORDERED.

Signed: August 10, 2007

Graham C. Mullen
United States District Judge