IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-00110

| | |
|---|---|
| RICHARD E. ABBOTT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DUKE ENERGY HEALTH & WELFARE )<br>BENEFIT PLAN, and FISERV HEALTH )<br>PLAN ADMINISTRATORS, INC. )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

THIS MATTER is before the Court upon Plaintiff's Stipulation of Dismissal with Prejudice. [Document # 28].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: December 18, 2007

Graham C. Mullen
United States District Judge